UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, *on behalf of himself and all other persons similarly situated,*<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>BRILLIANT HOME TECHNOLOGY, INC.,<br><br>                              Defendant. | 20 Civ. 9855 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of defense counsel's motion for leave to withdraw as counsel. (Dkt. #20). Prior to ruling on this motion, the Court wishes to hold a conference to discuss the issues raised therein. Accordingly, the parties are hereby ORDERED to appear for a telephonic conference on **October 27, 2021, at 10:00 a.m.** The dial-in information is as follows: At the specified time the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

The Court further ORDERS that defense counsel's client appear at this conference, and that defense counsel transmit notice to their client via all previously used means of communication.

In light of the difficulties raised by defense counsel, the parties' deadline on which to submit a status letter regarding their plans for further motion practice shall be adjourned *sine die*. The Court anticipates discussing next steps in this case at the conference.

SO ORDERED.

Dated: October 21, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge