**Marcus & Zelman, LLC**
701 Cookman Ave
Suite 300
Asbury Park, New Jersey 07712
United States
732-695-3282

**Marcus & Zelman, LLC**

**Defendant**
Fee Shifting Case

| | |
|---|---|
| **Balance** | $8,799.00 |
| **Invoice #** | 00044 |
| **Invoice Date** | December 20, 2021 |
| **Payment Terms** | |
| **Due Date** | |

---

# Ramon Jaquez v. Brilliant Home Technology, Inc.

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 11/19/2020 | YZ | Legal Fee | Spoke with the client about case. Pulled and reviewed scans. Approved for suit. | $400.00 | 1.4 | $560.00 |
| 11/20/2020 | YZ | Legal Fee | Reviewed notes and drafted complaint, civil cover sheet and proposed summons for filing. | $400.00 | 1.2 | $480.00 |
| 12/15/2020 | YZ | Legal Fee | Reviewed Notice of Initial Conference. Calendared same. | $400.00 | 0.1 | $40.00 |
| 12/17/2020 | YZ | Legal Fee | Reviewed emails from Defendant's counsel about being retained, had call and agreed not to default them while that process was going on. | $400.00 | 0.6 | $240.00 |
| 12/22/2020 | YZ | Legal Fee | Reviewed email from Defendant's counsel confirming extension. | $400.00 | 0.1 | $40.00 |
| 01/21/2021 | YZ | Legal Fee | Reviewed 2 more emails from Defendant's counsel about another requested extension to respond to the Complaint. Call to discuss same and consented. | $400.00 | 0.3 | $120.00 |
| 01/22/2021 | YZ | Legal Fee | Reviewed Defendant's letter motion for additional 30 days to respond to complaint. | $400.00 | 0.1 | $40.00 |
| 02/12/2021 | YZ | Legal Fee | Reviewed Defendant's Answer to the Complaint. | $400.00 | 0.3 | $120.00 |
| 03/11/2021 | YZ | Legal Fee | Reviewed email from Court reminding us that the Joint Letter and CMP is due today, emailed Defendant's counsel, reviewed response email, and then drafted Joint Letter with proposed CMP. Emailed same to defendant's counsel for review and approval. | $400.00 | 0.7 | $280.00 |
| 03/11/2021 | YZ | Legal Fee | 4 back and forth emails with Defendant's counsel about Joint Letter / CMP and selection of ADR process. Incorporated Deft suggestions, and finalized filings. Filed same with Court. | $400.00 | 0.6 | $240.00 |
| 03/12/2021 | YZ | Legal Fee | Reviewed court's order adopting CMP. Calendared dates. | $400.00 | 0.2 | $80.00 |

| Date | EE | Activity | Description | | Quantity | |
|---|---|---|---|---|---|---|
| 04/16/2021 | YZ | Legal Fee | Drafted Initial Disclosures, Requests for Production and Interrogatories. Served same on Defendant. | $400.00 | 3.2 | $1,280.00 |
| 07/12/2021 | YZ | Legal Fee | Spoke with Robert Moody about the website and being designated as our expert witness in this case. | $400.00 | 0.5 | $200.00 |
| 07/14/2021 | YZ | Legal Fee | Looked over case in advance of Pretrial Conference scheduled for next week. Emailed Defendant about missing discovery responses. Disclosed that we will be using Robert Moody as our expert, and proposed dates for exchange of expert reports. Called defendant's counsel to discuss and left a message. | $400.00 | 0.9 | $360.00 |
| 07/14/2021 | YZ | Legal Fee | Emailed Defendant's counsel regarding the outstanding issues in this case, reviewed response to same. Then drafted the Status Letter for the court, and emailed it over to Defendant's counsel for their review and approval. | $400.00 | 0.8 | $320.00 |
| 07/15/2021 | YZ | Legal Fee | Received email from the Court, looking for the Joint Letter. Responded to same. | $400.00 | 0.1 | $40.00 |
| 07/16/2021 | YZ | Legal Fee | Efiled Joint Status Report. | $400.00 | 0.2 | $80.00 |
| 07/16/2021 | YZ | Legal Fee | 5 back and forth emails with Defendant's counsel regarding the Joint Letter and their revisions. Incorporated their changes and finalized Joint Letter. | $400.00 | 0.6 | $240.00 |
| 07/19/2021 | YZ | Legal Fee | Reviewed emailed order from the Court, denying request to extend fact discovery deadline. | $400.00 | 0.1 | $40.00 |
| 07/20/2021 | YZ | Legal Fee | Received and reviewed email from opposing counsel to set up a call. | $400.00 | 0.1 | $40.00 |
| 07/20/2021 | YZ | Legal Fee | Participated in Status Conference with the Court. | $400.00 | 0.4 | $160.00 |
| 07/26/2021 | YZ | Legal Fee | Emailed opposing counsel on status of discovery responses. Reviewed response to same. | $400.00 | 0.1 | $40.00 |
| 07/28/2021 | YZ | Legal Fee | Email from Defendant's counsel regarding settlement, responded to same. | $400.00 | 0.1 | $40.00 |
| 08/04/2021 | YZ | Legal Fee | Received email from defendant's counsel asking to re-send discovery responses, re-sent same. | $400.00 | 0.2 | $80.00 |
| 10/14/2021 | YZ | Legal Fee | Looked over case, again no discovery responses. Emailed Defendant regarding same, experts and settlement. Reviewed response from Defendant's counsel saying Defendant is ignoring them and they are withdrawing from case. | $400.00 | 0.6 | $240.00 |
| 10/20/2021 | YZ | Legal Fee | Reviewed Defendant's Motion to Withdraw. | $400.00 | 0.2 | $80.00 |
| 10/21/2021 | YZ | Legal Fee | Reviewed court's order regarding Motion to withdraw, calendared call. | $400.00 | 0.1 | $40.00 |
| 10/27/2021 | YZ | Legal Fee | Participated in conference call with Court. | $400.00 | 0.2 | $80.00 |
| 12/02/2021 | YZ | Legal Fee | Reviewed Court's Order granting default judgment based on Defendant's failure to obtain counsel. | $400.00 | 0.1 | $40.00 |
| 12/17/2021 | YZ | Legal Fee | Researched caselaw for default judgment. | $400.00 | 3.6 | $1,440.00 |
| 12/20/2021 | YZ | Legal Fee | Drafted Motion for Default Judgment. | $400.00 | 3.1 | $1,240.00 |
| | | | | Totals: | **20.8** | **$8,320.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 11/23/2020 | LC | Filing Fee | | $400.00 | 1.0 | $400.00 |
| 01/28/2021 | LC | Process Server | Brandywine PS paidw/cc | $79.00 | 1.0 | $79.00 |

|  |  |
|---:|---:|
| Expense Total: | **$479.00** |

| | |
|---:|---:|
| Time Entry Sub-Total: | $8,320.00 |
| Expense Sub-Total: | $479.00 |
| **Sub-Total:** | $8,799.00 |
| **Total:** | $8,799.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$8,799.00** |

**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899

Bill To
MARCUS & ZELMAN, LLC
701 COOKMAN AVE
STE. 300
ASBURY PARK, NJ, 07712

EMAIL: brandywineps@comcast.net

302-475-2600        TAX ID 51-0267938

INVOICE # 23326

# INVOICE

DATE 11/24/2020

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/24/202 | RAMON JAQUEZ V | |
| | HERO HEALTH INC | $79.00 |
| | BRILLIANT HOME TECHNOLOGY INC | $79.00 |

Amount Paid $0.00

TERMS: PAYMENT DUE 20 DAYS

**AMOUNT DUE** $158.00

| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | *Index No.* | 1:20-CV-09855-KPF |
|---|---|---|

RAMON JAQUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

*Plaintiff(s) Petitioner(s)*

11/23/2020 Calendar No.

against

BRILLIANT HOME TECHNOLOGY, INC.

*Defendant(s) Respondent(s)*

1~ AFFIDAVIT OF SERVICE

STATE OF DELAWARE, COUNTY OF: NEW CASTLE  Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 11/24/2020 at 2:45 P .M., at C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801
deponent served the within
- ☒ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation
- ☒ CIVIL COVER SHEET

on BRILLIANT HOME TECHNOLOGY, INC.
- ☒ defendant ☐ witness hereinafter called therein
- ☐ respondent the recipient lamed

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to AMY MCLAREN personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | [- I Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐ $ the authorizing traveling expenses ☐ was paid (tendered) to the recipient
and one days' witness fee: ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 11/24/2020

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2022

License No.

DENORRIS BRITT

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Index No.* 1:20-CV-09860-GBD

RAMON JAQUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

*Plaintiff(s) Petitioner(s)*

against

HERO HEALTH, INC.

*Defendant(s) Respondent(s)*

11/24/2020
Calendar No.

1~ AFFIDAVIT OF SERVICE

STATE OF DELAWARE, COUNTY OF: NEW CASTLE Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 11/24/2020 at 3:45 P.M., at C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 deponent served the within

☒ summons and complaint
☐ subpoena duces tecum
☐ citation
☒ CIVIL COVER SHEET

on HERO HEALTH, INC.

☒ defendant ☐ witness hereinafter called therein
☐ respondent the recipient lamed

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to LYNANNE GARES personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION ☒**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | [- I Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐ $ the authorizing traveling expenses ☐ was paid (tendered) to the recipient and one days' witness fee: ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 11/24/2020

DeNORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

License No.

KEVIN S. DUNN