UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

Civil No.: 1:20-cv-09855-KPF-SDA

Plaintiff(s),

-against-

BRILLIANT HOME TECHNOLOGY, INC.,

Defendant(s).

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2021 a copy of the foregoing Motion for Entry of Judgment and for Costs and Attorney's Fees was filed via CM/ECF; and on December 22, 2021, a copy of the same, along with a copy of the December 6, 2021 Order [ECF 27] was served upon the following via first class (regular) mail and certified mail:

BRILLIANT HOME TECHNOLOGY, INC.
Certified Mail #70202450000160389890
762 Judith Court
Incline Village, NV 89451

BRILLIANT HOME TECHNOLOGY, INC.
Certified Mail #70202450000160389883
21162 White Pine Lane
Parker, CO 80138

BRILLIANT HOME TECHNOLOGY, INC.
Certified Mail #70202450000160389876
155 Bovet Road, Suite 500
San Mateo, CA 94402

MARCUS & ZELMAN, LLC

By: __/s/ Yitzchak Zelman__
Yitzchak Zelman, Esq.